UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE A-1, *et al.*,

    *Plaintiffs*,

v.

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA,

    *Defendant.*

No. 18-cv-852 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiffs' Motion for Partial Final Default Judgment for Damages, Dkt. 94, the plaintiffs' Amended Motion in Support of an Award of Punitive Damages, Dkt. 98, and the plaintiffs' Motion for Final Default Judgment, Dkt. 100, are **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED** that judgment is entered in favor of the plaintiffs, and that each plaintiff is entitled to the compensatory damages set forth below in Exhibit A. It is further

**ORDERED** that each plaintiff is awarded post-judgment interest on their compensatory damages award at the statutory rate. *See* 28 U.S.C. § 1961(a). It is further

**ORDERED** that each plaintiff is entitled to punitive damages equal to their individual compensatory damages award.

The Clerk of Court is directed to close this case.

February 16, 2021

DABNEY L. FRIEDRICH
United States District Judge

**Exhibit A**

| Plaintiff Number | Plaintiff Name | Confinement | Additional Pain and Suffering or Solatium | Economic Damages | Total Compensatory Damages |
|---|---|---|---|---|---|
| A-01 | | $3,350,000 | $11,800,000 | - | $15,150,000 |
| A-02 | | $3,350,000 | $12,000,000 | - | $15,350,000 |
| A-03 | | $3,350,000 | $10,000,000 | - | $13,350,000 |
| A-04 | | $3,350,000 | $10,400,000 | - | $13,750,000 |
| A-05 | | $3,350,000 | $13,000,000 | - | $16,350,000 |
| A-06 | | $3,350,000 | $13,000,000 | - | $16,350,000 |
| A-07 | | $3,350,000 | $12,600,000 | - | $15,950,000 |
| A-08 | | $3,350,000 | $11,000,000 | - | $14,350,000 |
| A-09 | | $3,350,000 | $13,000,000 | - | $16,350,000 |
| A-10 | | $3,350,000 | $12,600,000 | - | $15,950,000 |
| A-11 | | $3,350,000 | $17,400,000 | - | $20,750,000 |
| A-12 | | $3,350,000 | $12,600,000 | - | $15,950,000 |
| A-13 | | $3,350,000 | $13,000,000 | - | $16,350,000 |
| A-14 | | $3,350,000 | $12,400,000 | - | $15,750,000 |
| A-15 | | $3,350,000 | $12,400,000 | - | $15,750,000 |
| A-16 | | $3,350,000 | $10,200,000 | - | $13,550,000 |
| A-17 | | $3,350,000 | $12,600,000 | - | $15,950,000 |
| A-18 | | $3,350,000 | $15,200,000 | - | $18,550,000 |
| A-19 | | $3,350,000 | $13,000,000 | - | $16,350,000 |
| A-20 | | $3,350,000 | $14,400,000 | - | $17,750,000 |
| A-21 | | $3,350,000 | $11,600,000 | - | $14,950,000 |
| A-22 | | $3,350,000 | $14,800,000 | - | $18,150,000 |

| Plaintiff Number | Plaintiff Name | Confinement | Additional Pain and Suffering or Solatium | Economic Damages | Total Compensatory Damages |
|---|---|---|---|---|---|
| A-23 | | $3,350,000 | $10,200,000 | - | $13,550,000 |
| A-24 | | $3,350,000 | $12,200,000 | - | $15,550,000 |
| A-25 | | $3,350,000 | $12,600,000 | - | $15,950,000 |
| A-26 | | $3,350,000 | $13,000,000 | - | $16,350,000 |
| A-27 | | $3,350,000 | $11,800,000 | - | $15,150,000 |
| A-28 | | $3,350,000 | $12,800,000 | - | $16,150,000 |
| A-29 | | $3,350,000 | $13,000,000 | - | $16,350,000 |
| A-30 | | $3,350,000 | $12,800,000 | - | $16,150,000 |
| A-31 | | $3,350,000 | $11,800,000 | - | $15,150,000 |
| A-32 | | $3,350,000 | $10,600,000 | - | $13,950,000 |
| A-33 | | $3,350,000 | $13,000,000 | - | $16,350,000 |
| A-34 | | $3,350,000 | $14,400,000 | - | $17,750,000 |
| A-35 | | $3,350,000 | $9,800,000 | - | $13,150,000 |
| A-36 | | $3,350,000 | $12,000,000 | - | $15,350,000 |
| A-37 | | $3,350,000 | $10,000,000 | - | $13,350,000 |
| A-38 | | $3,350,000 | $7,600,000 | - | $10,950,000 |
| A-39 | | $3,350,000 | $13,000,000 | - | $16,350,000 |
| A-40 | | $3,350,000 | $20,500,000 | - | $23,850,000 |
| A-41 | | $3,350,000 | $12,800,000 | - | $16,150,000 |
| A-42 | | $3,350,000 | $12,800,000 | - | $16,150,000 |
| A-43 | | $3,350,000 | $11,400,000 | - | $14,750,000 |

| Plaintiff Number | Plaintiff Name | Confinement | Additional Pain and Suffering or Solatium | Economic Damages | Total Compensatory Damages |
|---|---|---|---|---|---|
| A-44 | | $3,350,000 | $11,600,000 | - | $14,950,000 |
| A-45 | | $3,350,000 | $12,600,000 | - | $15,950,000 |
| A-46 | | $3,350,000 | $11,200,000 | - | $14,550,000 |
| A-47 | | $3,350,000 | $12,800,000 | - | $16,150,000 |
| A-48 | | $3,350,000 | $12,600,000 | - | $15,950,000 |
| A-49 | | $3,350,000 | $13,000,000 | $987,798.10 | $17,337,798.10 |
| C-01 | | $3,350,000 | $5,000,000 | - | $8,350,000 |
| C-04 | | $3,350,000 | $5,200,000 | - | $8,550,000 |
| C-08 | | $3,350,000 | $10,800,000 | - | $14,150,000 |
| C-10 | | $3,350,000 | $6,800,000 | - | $10,150,000 |
| C-14 | | $3,350,000 | $4,000,000 | - | $7,350,000 |
| C-16 | | $3,350,000 | $9,000,000 | - | $12,350,000 |
| C-17 | | - | $1,000,000 | $2,938,375.49 | $3,938,375.49 |
| C-20 | | $3,350,000 | $10,800,000 | - | $14,150,000 |
| C-24 | | $3,350,000 | $5,000,000 | - | $8,350,000 |
| C-25 | | $3,350,000 | $11,200,000 | - | $14,550,000 |
| C-29 | | $3,350,000 | $200,000 | - | $3,550,000 |
| C-30 | | $3,350,000 | $9,000,000 | - | $12,350,000 |
| B-02 | | - | $1,250,000 | - | $1,250,000 |

| Plaintiff Number | Plaintiff Name | Confinement | Additional Pain and Suffering or Solatium | Economic Damages | Total Compensatory Damages |
|---|---|---|---|---|---|
| B-03 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-04 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-05 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-06 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-07 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-08 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-09 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-10 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-11 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-12 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-13 | ██████ | - | $4,000,000 | - | $4,000,000 |
| B-14 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-15 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-16 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-17 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-18 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-19 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-20 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-21 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-22 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-23 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-24 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-25 | ██████ | - | $2,500,000 | - | $2,500,000 |

| Plaintiff Number | Plaintiff Name | Confinement | Additional Pain and Suffering or Solatium | Economic Damages | Total Compensatory Damages |
|---|---|---|---|---|---|
| B-26 | ▮ | - | $2,500,000 | - | $2,500,000 |
| B-27 | ▮ | - | $4,000,000 | - | $4,000,000 |
| B-28 | ▮ | - | $1,250,000 | - | $1,250,000 |
| B-29 | ▮ | - | $4,000,000 | - | $4,000,000 |
| B-30 | ▮ | - | $2,500,000 | - | $2,500,000 |
| B-31 | ▮ | - | $2,500,000 | - | $2,500,000 |
| B-32 | ▮ | - | $2,500,000 | - | $2,500,000 |
| B-33 | ▮ | - | $1,250,000 | - | $1,250,000 |
| B-34 | ▮ | - | $1,250,000 | - | $1,250,000 |
| B-35 | ▮ | - | $2,500,000 | - | $2,500,000 |
| B-36 | ▮ | - | $1,250,000 | - | $1,250,000 |
| B-37 | ▮ | - | $2,500,000 | - | $2,500,000 |
| B-38 | ▮ | - | $2,500,000 | - | $2,500,000 |
| B-39 | ▮ | - | $1,250,000 | - | $1,250,000 |
| B-40 | ▮ | - | $1,250,000 | - | $1,250,000 |
| B-41 | ▮ | - | $4,000,000 | - | $4,000,000 |
| B-42 | ▮ | - | $2,500,000 | - | $2,500,000 |
| B-43 | ▮ | - | $4,000,000 | - | $4,000,000 |
| B-44 | ▮ | - | $1,250,000 | - | $1,250,000 |
| B-45 | ▮ | - | $2,500,000 | - | $2,500,000 |
| B-46 | ▮ | - | $4,000,000 | - | $4,000,000 |
| B-47 | ▮ | - | $1,250,000 | - | $1,250,000 |
| B-48 | ▮ | - | $2,500,000 | - | $2,500,000 |

| Plaintiff Number | Plaintiff Name | Confinement | Additional Pain and Suffering or Solatium | Economic Damages | Total Compensatory Damages |
|---|---|---|---|---|---|
| B-49 | | - | $1,250,000 | - | $1,250,000 |
| B-50 | | - | $2,500,000 | - | $2,500,000 |
| B-51 | | - | $2,500,000 | - | $2,500,000 |
| B-52 | | - | $2,500,000 | - | $2,500,000 |
| B-53 | | - | $2,500,000 | - | $2,500,000 |
| B-54 | | - | $1,250,000 | - | $1,250,000 |
| B-55 | | - | $1,250,000 | - | $1,250,000 |
| B-56 | | - | $4,000,000 | - | $4,000,000 |
| B-57 | | - | $1,250,000 | - | $1,250,000 |
| B-58 | | - | $2,500,000 | - | $2,500,000 |
| B-59 | | - | $2,500,000 | - | $2,500,000 |
| B-60 | | - | $2,500,000 | - | $2,500,000 |
| B-61 | | - | $2,500,000 | - | $2,500,000 |
| B-62 | | - | $1,250,000 | - | $1,250,000 |
| B-63 | | - | $1,250,000 | - | $1,250,000 |
| B-64 | | - | $1,250,000 | - | $1,250,000 |
| B-65 | | - | $2,500,000 | - | $2,500,000 |
| B-66 | | - | $2,500,000 | - | $2,500,000 |
| B-67 | | - | $2,500,000 | - | $2,500,000 |
| B-68 | | - | $2,500,000 | - | $2,500,000 |
| B-69 | | - | $4,000,000 | - | $4,000,000 |
| B-70 | | - | $1,250,000 | - | $1,250,000 |
| B-71 | | - | $2,500,000 | - | $2,500,000 |

| Plaintiff Number | Plaintiff Name | Confinement | Additional Pain and Suffering or Solatium | Economic Damages | Total Compensatory Damages |
|---|---|---|---|---|---|
| B-72 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-73 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-74 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-75 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-76 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-77 | ██████ | - | $4,000,000 | - | $4,000,000 |
| B-78 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-79 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-80 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-81 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-82 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-83 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-84 | ██████ | - | $4,000,000 | - | $4,000,000 |
| B-85 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-86 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-87 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-88 | ██████ | - | $1,250,000 | - | $1,250,000 |
| B-89 | ██████ | - | $2,500,000 | - | $2,500,000 |
| B-90 | ██████ | - | $4,000,000 | - | $4,000,000 |
| B-91 | ██████ | - | $2,500,000 | - | $2,500,000 |
| C-02 | ██████ | - | $4,000,000 | - | $4,000,000 |

| Plaintiff Number | Plaintiff Name | Confinement | Additional Pain and Suffering or Solatium | Economic Damages | Total Compensatory Damages |
|---|---|---|---|---|---|
| C-03 | ███ | - | $2,500,000 | - | $2,500,000 |
| C-05 | ███ | - | $2,500,000 | - | $2,500,000 |
| C-06 | ███ | - | $2,500,000 | - | $2,500,000 |
| C-07 | ███ | - | $4,800,000 | - | $4,800,000 |
| C-09 | ███ | - | $4,000,000 | - | $4,000,000 |
| C-11 | ███ | - | $2,500,000 | - | $2,500,000 |
| C-12 | ███ | - | $2,500,000 | - | $2,500,000 |
| C-13 | ███ | - | $4,000,000 | - | $4,000,000 |
| C-15 | ███ | - | $2,500,000 | - | $2,500,000 |
| C-18 | ███ | - | $5,000,000 | - | $5,000,000 |
| C-19 | ███ | - | $5,000,000 | - | $5,000,000 |
| C-21 | ███ | - | $2,500,000 | - | $2,500,000 |
| C-22 | ███ | - | $2,500,000 | - | $2,500,000 |
| C-23 | ███ | - | $4,000,000 | - | $4,000,000 |
| C-26 | ███ | - | $3,125,000 | - | $3,125,000 |
| C-27 | ███ | - | $2,500,000 | - | $2,500,000 |
| C-28 | ███ | - | $2,500,000 | - | $2,500,000 |

| Plaintiff Number | Plaintiff Name | Confinement | Additional Pain and Suffering or Solatium | Economic Damages | Total Compensatory Damages |
|---|---|---|---|---|---|
| C-31 | ███ | - | $1,250,000 | - | $1,250,000 |
| C-32 | ███ | - | $1,250,000 | - | $1,250,000 |